UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

M.J. RYAN CONSTRUCTION COMPANY,

Defendant.

Civil No. 00-CV-435 PAM/JGL

**NOTICE OF DISMISSAL**
**WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter with prejudice.

Dated: May 31, 2000

McGRANN SHEA FRANZEN CARNIVAL
STRAUGHN & LAMB, CHARTERED

By Pamela H. Nissen
Pamela Hodges Nissen
Atty. Reg. 259810
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JUN 0 9 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by the Plaintiffs, this matter is dismissed with prejudice.

Dated: June 9, 2000

The Honorable Paul A. Magnuson
Judge of District Court